IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, a Delaware corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | C.A. No. _____ |
| CORDIS CORPORATION, a Florida corporation, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO SEAL ITS COMPLAINT

Plaintiff Wyeth hereby moves for leave to file its Complaint under seal.   The

grounds for this motion are that the Complaint refers to, quotes and attaches agreements, the

terms of which are confidential.  Wyeth is filing herewith a redacted version of the Complaint.

MORRIS, NICHOLS, ARSHT &  TUNNELL LLP

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
 *Attorneys for Plaintiff*

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
      HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 633-6000

October 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-663-SLR |
| | ) | |
| CORDIS CORPORATION, a Florida corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **PROPOSED ORDER**

This _____ day of _____, 2006, plaintiff having moved to file its Complaint and the exhibits thereto under seal; plaintiff having filed a redacted version of its Complaint; and the Court having determined that good cause exists for the Complaint and the exhibits thereto to be filed under seal;

IT IS HEREBY ORDERED that the Complaint and the exhibits thereto shall be filed under seal and shall not become a part of the public record of this case.

_____
Robinson, C.J.