# United States District Court

_____DISTRICT OF **DELAWARE**_____

WYETH,

           Plaintiff,

    v.

CORDIS CORPORATION

           Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 0 6 - 6 6 3

TO:    Cordis Corporation
        c/o Secretary of State of Delaware
        401 Federal Street
        John G. Townsend Building
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

        Jack B. Blumenfeld
        Morris, Nichols, Arsht & Tunnell LLP
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

BY DEPUTY CLERK

DATE 10/26/06

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | October 27, 2006 |
| NAME OF SERVER (PRINT)<br>Beverly Seitz | TITLE | Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Copies of the Summons and Complaint were served upon defendant Cordis Corporation by delivering copies thereof by email and Federal Express to Irena Royzman, Patterson Belknap, Webb & Tyler, 1133 Avenue of the Americas, New York, NY 10036.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/27/06     *Beverly Seitz*
         Date                    Signature of Server

Morris, Nichols, Arsht & Tunnell, 1201 N. Market St., Wilmington, DE 19801
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure