IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) C.A. No. 06-663-SLR ) |
| CORDIS CORPORATION, a Florida corporation, | ) ) ) ) |
| Defendant. | ) |

## ~~PROPOSED~~ ORDER

This 14th day of November, 2006, plaintiff having moved to file its Complaint and the exhibits thereto under seal; plaintiff having filed a redacted version of its Complaint; and the Court having determined that good cause exists for the Complaint and the exhibits thereto to be filed under seal;

IT IS HEREBY ORDERED that the Complaint and the exhibits thereto shall be filed under seal and shall not become a part of the public record of this case.

_____
Robinson, C.J.