IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) C.A. No. 06-663 (SLR) |
| | ) |
| CORDIS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that in order for the parties to be able to negotiate a discovery and briefing schedule on Cordis Corporation's Motion to Dismiss or Stay (D.I. 8), the time for plaintiff to respond to that motion is extended until December 11, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    ASHBY & GEDDES

*/s/ Jack B. Blumenfeld*    */s/ Richard L. Renck*

Jack B. Blumenfeld (#1014)    Lawrence C. Ashby (#468)
Rodger D. Smith (#3778)    Steven J. Balick (#2114)
1201 N. Market Street    Richard L. Renck (#3893)
Wilmington, DE 19899-1347    222 Delaware Avenue, 17th Floor
(302) 658-9200    Wilmington, DE 19801
jblumenfeld@mnat.com    (302) 654-1888
*Attorneys for Plaintiff, Wyeth*    rrenck@ashby-geddes.com
    *Attorneys for Defendant, Cordis Corporation*

Dated: December 4, 2006

SO ORDERED this _____ day of December, 2006.

_____
Chief Judge Sue L. Robinson