IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                          )
WYETH, a Delaware corporation,            )
                                          )
            Plaintiff,                     )
                                          )
      vs.                                  )        C.A. No. 06-663 (SLR)
                                          )
CORDIS CORPORATION, a Florida             )
corporation,                              )
                                          )
            Defendant.                     )
_____ )

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Plaintiff Wyeth's First Request for Production of Documents* were caused to be served on December 5, 2006 upon the following in the manner indicated:

### <u>BY E-MAIL AND HAND DELIVERY</u>

Lawrence C. Ashby, Esq.
Steven J. Balick, Esq.
Richard L. Renck, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### <u>BY E-MAIL</u>

Gregory L. Diskant, Esq.
Michael J. Timmons, Esq.
Irena Royzman, Esq.
Patrick S. Almonrode, Esq.
Rosa E. Son, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
*Attorneys for Plaintiff Wyeth*

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
        HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

December 5, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that copies of the foregoing was served on

December 5, 2006 upon the following and in the manner indicated:

### <u>BY E-MAIL AND HAND DELIVERY</u>

Lawrence C. Ashby, Esq.
Steven J. Balick, Esq.
Richard L. Renck, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### <u>BY E-MAIL</u>

Gregory L. Diskant, Esq.
Michael J. Timmons, Esq.
Irena Royzman, Esq.
Patrick S. Almonrode, Esq.
Rosa E. Son, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com