IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CORDIS CORPORATION, a Florida ) <br> corporation, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-663 (SLR) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(b) and D. Del. L.R. 30.1, Plaintiff Wyeth will take the deposition upon oral examination of Rick Anderson, to be recorded by stenographic means before a Notary Public or other officer authorized by law and pursuant to the Federal Rules of Civil Procedure, commencing on January 15, 2007 at 9:00 a.m., or at a date and time otherwise agreed to by the parties, at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware 19801. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/ Jack B. Blumenfeld_
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Plaintiff Wyeth*

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
    HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

December 5, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing was served on December 5, 2006 upon the following and in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Lawrence C. Ashby, Esq.
Steven J. Balick, Esq.
Richard L. Renck, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

### BY E-MAIL

Gregory L. Diskant, Esq.
Michael J. Timmons, Esq.
Irena Royzman, Esq.
Patrick S. Almonrode, Esq.
Rosa E. Son, Esq.
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

_____
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com