IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,            )<br>                         )<br>     Plaintiff,      )<br>                         )<br>vs.                      )<br>                         )<br>CORDIS CORPORATION, )<br>                         )<br>     Defendant.     ) | C.A. No. 06-663 (SLR) |

## STIPULATION AND ORDER

WHEREAS, on December 11, 2006, plaintiff filed a Motion for Extension of Time to File its Answering Brief in Opposition to Cordis's Motion to Dismiss (D.I. 16);

WHEREAS, the parties have thereafter continued to discuss a schedule for discovery and briefing on the subject matter jurisdiction issue raised by defendant's motion to dismiss ("the jurisdictional issue");

It is hereby stipulated by the parties, subject to the approval of the Court, that:

1.   Plaintiff's Motion for Extension of Time to File its Answering Brief in Opposition to Cordis's Motion to Dismiss (D.I. 16) is withdrawn;

2.   Cordis shall complete its document production on the jurisdictional issue by January 12, 2007;

3.   Cordis shall produce its witnesses on the jurisdictional issue for depositions by February 2, 2007;

4.   The time for plaintiff to submit its answering brief in opposition to Defendant's Motion to Dismiss or Stay (D.I.8) is extended until February 12, 2007; and

5.  This stipulation is without prejudice to plaintiff's right to request from defendant or from the Court additional discovery beyond the dates set forth in (2) and (3), or an extension of time to submit its answering brief beyond the date set forth in (4), if necessary.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Renck* |
| Jack B. Blumenfeld (#1014) | Lawrence C. Ashby (#468) |
| Rodger D. Smith (#3778) | Steven J. Balick (#2114) |
| Richard J. Bauer (#4828) | Richard L. Renck (#3893) |
| 1201 N. Market Street | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE  19899-1347 | Wilmington, DE  19899 |
| (302) 658-9200 | (302) 654-1888 |
| jblumenfeld@mnat.com | rrenck@ashby-geddes.com |
| *Attorneys for Plaintiff, Wyeth* | *Attorneys for Defendant, Cordis Corporation* |

549512

SO ORDERED this \_\_\_\_ day of December, 2006.

_____
Chief Judge Sue L. Robinson