IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CORDIS CORPORATION,<br><br>　　　　　　　　Defendant. | C.A. No. 06-663-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 4th day of January, 2007, true and correct copies of **Defendant's Objections and Responses to Wyeth's Notice of Deposition of Cordis Corporation Pursuant To Fed. R. Civ. P. 30(b)(6)** and Certificate of Service were served upon the following counsel of record at the address and in the manner indicated:

*VIA E-MAIL & HAND DELIVERY*
Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street, P.O. Box 1347
Wilmington, DE  19899-1347

*VIA E-MAIL*
William F. Lee
Wilmer Cutler Pickering Hale
　And Dorr LLP
60 State Street
Boston, MA  02109

*VIA E-MAIL*
Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
Wilmer Cutler Pickering Hale
　And Dorr LLP
1875 Pennsylvania Avenue, NW
Washington  DC  20006

ASHBY & GEDDES

*/s/ Richard L. Renck (I.D. #3893)*
_____
Lawrence C. Ashby (I.D. #468)
Steven J. Balick (I.D. #2114)
Richard L. Renck (I.D. #3893)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888
Attorneys for Defendant

Of Counsel:

Gregory L. Diskant
Michael J. Timmons
Rosa E. Son
Irena Royzman
Patrick S. Almonrode
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000