IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
)
WYETH, )
)
      Plaintiff, )
)
v. ) C.A. No. 06-663-SLR
)
CORDIS CORPORATION, )
)
)
      Defendant. )
_____)

## **STIPULATION**

Defendant Cordis Corporation ("Cordis") hereby stipulates that documents produced by Cordis to Wyeth, Bates-numbered CWY001353-55, CWY000381-83, CWY001345-52, CWY001356-69, and CWY003788-817 contain data and information representative as of October 26, 2006 for purposes of jurisdictional discovery in the above-captioned case.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
| Of Counsel: | /s/ Richard L. Renck (#3893) |
|  | _____ |
| Gregory L. Diskant | Lawrence C. Ashby (#468) |
| Michael J. Timmons | Steven J. Balick (#2114) |
| Rosa E. Son | Richard L. Renck (#3893) |
| Irena Royzman | 500 Delaware Avenue, 8th Floor |
| Patrick Almonrode | Wilmington, DE 19801 |
| Patterson Belknap Webb & Tyler LLP | (302) 654-1888 |
| 1133 Avenue of the Americas | rrenck@ashby-geddes.com |
| New York, NY 10036 | Attorneys for Defendant, Cordis Corporation |
| (212) 336-2000 |  |

Dated: February 12, 2007