IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WYETH, a Delaware corporation,

Plaintiff,

vs.

CORDIS CORPORATION, a Florida corporation,

Defendant.

C.A. No. 06-663-SLR

**DECLARATION OF TRACEY C. ALLEN**

I, TRACEY C. ALLEN, declare under penalty of perjury that the following is true and correct:

1. I am a lawyer at the law firm Wilmer Cutler Pickering Hale and Dorr, LLP, which has been retained to represent Plaintiff Wyeth in the above-captioned matter.

2. I examined the Internet website of the Cordis Corporation on June 5, 2006, November 19, 2006, November 27, 2006, December 11, 2006, and January 31, 2007. On each of those dates, Cordis's website listed the following address as Cordis's Corporate Headquarters: 14201 N.W. 60th Avenue, Miami Lakes, FL 33014.

4. Attached to this Declaration as Exhibits 1-5 are printed versions of the Cordis website from June 5, 2006, November 19, 2006, November 27, 2006, December 11, 2006, and January 31, 2007, respectively, listing Cordis's Corporate Headquarters at the above-referenced address. Each of these Exhibits represents a snapshot from the following Internet address:

http://www.cordis.com/logc_common/layout/showPage.jsp?article_name=includes/about_cordis.jspf&pageData=about_cordis.xml

5. I examined the Internet website of Johnson & Johnson on February 8, 2007. On that date, Johnson & Johnson's website listed the location of Cordis Corporation as Miami, Florida.

6. Attached to this Declaration as Exhibit 6 is a printed version of the Johnson & Johnson website from February 8, 2007, listing Cordis Corporation as Miami, Florida. This Exhibit represents a snapshot from the following Internet address:

http://www.jnj.com/our_company/family_of_companies/index.htm?company=513

Executed on this date February 9, 2007, in Washington, DC.

Tracey C. Allen

Tracey C. Allen

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on February 12, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Renck
Ashby & Geddes
rrenck@ashby-geddes.com

I also certify that copies were caused to be served on February 12, 2007 upon the following in the manner indicated:

**BY HAND**

Lawrence C. Ashby
Steven J. Balick
Richard L. Renck
ASHBY & GEDDES
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

**BY EMAIL**

Gregory L. Diskant
gldiskant@pbwt.com
Michael J. Timmons
mjtimmons@pbwt.com
Irena Royzman
iroyzman@pbwt.com
Patrick S. Almonrode
palmonrode@pbwt.com
Rosa E. Son
reson@pbwt.com
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld

# EXHIBIT 1





Cordis
a Johnson & Johnson company

VISIT CORDIS
INTERNATIONAL

About Cordis | Clinical Professionals | Administrative Professionals | Patients | Press Room

Cordis History
Our Credo
Environmental, Health and Safety Policy
Careers

# About Cordis

**Company Description**
For more than 40 years, Cordis Corporation, a Johnson & Johnson company, has pioneered less invasive treatments for vascular disease. Technological innovation and a deep understanding of the medical marketplace and the needs of patients have made Cordis the world's leading developer and manufacturer of breakthrough products for interventional medicine, minimally invasive computer-based imaging, and electrophysiology. Today, 7,000 Cordis employees worldwide share a strong commitment to continue the Company's groundbreaking work in the fight against vascular disease.

**Business Units/Subsidiaries:**
Cordis has four business units/subsidiaries: *Cordis Cardiology* for cardiovascular disease management; *Cordis Endovascular* for the treatment of peripheral vascular and obstructive diseases; *Cordis Neurovascular*, Inc. for neurovascular management of stroke, and *Biosense Webster, Inc.* for electrophysiology and medical sensor technology in cardiovascular procedures.

**Corporate Headquarters:**

Cordis Corporation
14201 N.W. 60th Avenue
Miami Lakes, FL 33014

**Executive Officers:**

| | |
|---|---|
| Company Group Chairman, Johnson & Johnson<br>Worldwide Franchise Chairman, Cordis Corporation: | Rick Anderson |
| Worldwide President, Cordis Endovascular, Division of Cordis Corporation: | Glen Kashuba |
| General Manager, Cordis Neurovascular, Division of Cordis Corporation: | Jan Keltjens |

Cordis Corporation Charitable Contributions Request Form
If you have any questions, please contact the Human Resources Department, Director of Community Relations at 786-313-2000.

**Website Address:**
http://www.cordis.com

© Cordis Corporation 2002 - 2006, 155-1805-57 Site Map Contact Us Legal Notice Privacy Policy

http://www.cordis.com/logc_common/layout/showPage.jsp;jsessionid=XWWIK1FMGW4VQCQPCCGTC... 6/5/2006

**EXHIBIT 2**



About Cordis | Clinical Professionals | Administrative Professionals | Patients

Cordis History
Our Credo
Environmental, Health and Safety Policy
Careers

Cardiology Products
Endovascular Products
Biologics Delivery Systems

**Company Description**
For more than 40 years, Cordis Corporation, a Johnson & Johnson company, has pioneerec treatments for vascular disease. Technological innovation and a deep understanding of the marketplace and the needs of patients have made Cordis the world's leading developer an breakthrough products for interventional medicine, minimally invasive computer-based im electrophysiology. Today, 7,000 Cordis employees worldwide share a strong commitment t Company's groundbreaking work in the fight against vascular disease.

**Business Units/Subsidiaries:**
Cordis has 5 business units/subsidiaries: *Cordis Cardiology* for cardiovascular disease man *Endovascular* for the treatment of peripheral vascular and obstructive diseases; *Cordis Ne* for neurovascular management of stroke, *Biosense Webster, Inc.* for electrophysiology anc technology in cardiovascular procedures, and *Cordis Biologics Delivery Systems* in the em biologics delivery.

**Corporate Headquarters:**

Cordis Corporation
14201 N.W. 60th Avenue
Miami Lakes, FL 33014

**Executive Officers:**

| | |
|---|---|
| Company Group Chairman, Johnson & Johnson<br>Worldwide Franchise Chairman, Cordis Corporation: | Rick Anderson |
| Worldwide President, Cordis Cardiology, Division of Cordis Corporation: | Todd M. Pope |
| Worldwide President, Cordis Endovascular, Division of Cordis Corporation: | Glen Kashuba |
| General Manager, Cordis Neurovascular, Division of Cordis Corporation: | Jan Keltjens |
| Worldwide President, Biosense Webster, Inc.: | Roy Tanaka |

Cordis Corporation Charitable Contributions Request Form
If you have any questions, please contact the Human Resources Department, Director of C Relations at 786-313-2000.

Cordis California Compliance Policy (Cardiology and Endovascular)

Cordis Neurovascular California Compliance Policy

**Website Address:**
http://www.cordis.com

© Cordis Corporation 2002 - 2006, 155-1805-72 Site Map Contact Us Legal Notice

http://www.cordis.com/logc_common/layout/showPage.jsp?article_name=includes/about... 11/19/2006

**EXHIBIT 3**



About Cordis | Clinical Professionals | Administrative Professionals | Patients

Cordis History
Our Credo
Environmental, Health and Safety Policy
Careers

Cardiology Products
Endovascular Products
Biologics Delivery Systems

**Company Description**
For more than 40 years, Cordis Corporation, a Johnson & Johnson company, has pioneerec treatments for vascular disease. Technological innovation and a deep understanding of the marketplace and the needs of patients have made Cordis the world's leading developer an breakthrough products for interventional medicine, minimally invasive computer-based im electrophysiology. Today, 7,000 Cordis employees worldwide share a strong commitment t Company's groundbreaking work in the fight against vascular disease.

**Business Units/Subsidiaries:**
Cordis has 5 business units/subsidiaries: *Cordis Cardiology* for cardiovascular disease man *Endovascular* for the treatment of peripheral vascular and obstructive diseases; *Cordis Neu* for neurovascular management of stroke, *Biosense Webster, Inc.* for electrophysiology anc technology in cardiovascular procedures, and *Cordis Biologics Delivery Systems* in the eme biologics delivery.

**Corporate Headquarters:**

Cordis Corporation
14201 N.W. 60th Avenue
Miami Lakes, FL 33014

**Executive Officers:**

| | |
|---|---|
| Company Group Chairman, Johnson & Johnson | |
| Worldwide Franchise Chairman, Cordis Corporation: | Rick Anderson |
| Worldwide President, Cordis Cardiology, Division of Cordis Corporation: | Todd M. Pope |
| Worldwide President, Cordis Endovascular, Division of Cordis Corporation: | Glen Kashuba |
| General Manager, Cordis Neurovascular, Division of Cordis Corporation: | Jan Keltjens |
| Worldwide President, Biosense Webster, Inc.: | Roy Tanaka |

Cordis Corporation Charitable Contributions Request Form
If you have any questions, please contact the Human Resources Department, Director of C Relations at 786-313-2000.

Cordis California Compliance Policy (Cardiology and Endovascular)

Cordis Neurovascular California Compliance Policy

**Website Address:**
http://www.cordis.com

© Cordis Corporation 2002 - 2006, 155-1805-72 Site Map Contact Us Legal Notice

**EXHIBIT 4**



Cordis
a Johnson-Johnson company

About Cordis | Clinical Professionals | Administrative Professionals | Patients

Cordis History
Our Credo
Environmental, Health and Safety Policy
Careers

# About Cordis

**Company Description**
For more than 40 years, Cordis Corporation, a Johnson & Johnson company, has pioneerec treatments for vascular disease. Technological innovation and a deep understanding of the marketplace and the needs of patients have made Cordis the world's leading developer an breakthrough products for interventional medicine, minimally invasive computer-based im electrophysiology. Today, 7,000 Cordis employees worldwide share a strong commitment t Company's groundbreaking work in the fight against vascular disease.

**Business Units/Subsidiaries:**
Cordis has 5 business units/subsidiaries: *Cordis Cardiology* for cardiovascular disease man *Endovascular* for the treatment of peripheral vascular and obstructive diseases; *Cordis Ne* for neurovascular management of stroke, *Biosense Webster, Inc.* for electrophysiology anc technology in cardiovascular procedures, and *Cordis Biologics Delivery Systems* in the eme biologics delivery.

**Corporate Headquarters:**

Cordis Corporation
14201 N.W. 60th Avenue
Miami Lakes, FL 33014

**Executive Officers:**

| | |
|---|---|
| Company Group Chairman, Johnson & Johnson Worldwide Franchise Chairman, Cordis Corporation: | Rick Anderson |
| Worldwide President, Cordis Cardiology, Division of Cordis Corporation: | Todd M. Pope |
| Worldwide President, Cordis Endovascular, Division of Cordis Corporation: | Glen Kashuba |
| General Manager, Cordis Neurovascular, Division of Cordis Corporation: | Jan Keltjens |
| Worldwide President, Biosense Webster, Inc.: | Roy Tanaka |

Cordis Corporation Charitable Contributions Request Form
If you have any questions, please contact the Human Resources Department, Director of C Relations at 786-313-2000.

Cordis California Compliance Policy (Cardiology and Endovascular)

Cordis Neurovascular California Compliance Policy

**Website Address:**
http://www.cordis.com

© Cordis Corporation 2002 - 2006, 155-1805-76 Site Map Contact Us Legal Notice

**EXHIBIT 5**

# About Cordis

**Company Description**
For more than 40 years, Cordis Corporation, a Johnson & Johnson company, has pioneerec treatments for vascular disease. Technological innovation and a deep understanding of the marketplace and the needs of patients have made Cordis the world's leading developer an breakthrough products for interventional medicine, minimally invasive computer-based im electrophysiology. Today, 7,000 Cordis employees worldwide share a strong commitment t Company's groundbreaking work in the fight against vascular disease.

**Business Units/Subsidiaries:**
Cordis has 5 business units/subsidiaries: *Cordis Cardiology* for cardiovascular disease man *Endovascular* for the treatment of peripheral vascular and obstructive diseases; *Cordis Neu* for neurovascular management of stroke, *Biosense Webster, Inc.* for electrophysiology anc technology in cardiovascular procedures, and *Cordis Biologics Delivery Systems* in the eme biologics delivery.

**Corporate Headquarters:**

Cordis Corporation
14201 N.W. 60th Avenue
Miami Lakes, FL 33014

**Executive Officers:**

| | |
|---|---|
| Company Group Chairman, Johnson & Johnson<br>Worldwide Franchise Chairman, Cordis Corporation: | Rick Anderson |
| Worldwide President, Cordis Cardiology, Division of Cordis Corporation: | Todd M. Pope |
| Worldwide President, Cordis Endovascular, Division of Cordis Corporation: | Glen Kashuba |
| General Manager, Cordis Neurovascular, Division of Cordis Corporation: | Jan Keltjens |
| Worldwide President, Biosense Webster, Inc.: | Roy Tanaka |

Cordis Corporation Charitable Contributions Request Form
If you have any questions, please contact the Human Resources Department, Director of C Relations at 786-313-2000.

Cordis California Compliance Policy (Cardiology and Endovascular)

Cordis Neurovascular California Compliance Policy

**Website Address:**
http://www.cordis.com

© Cordis Corporation 2002 - 2007, 155-1805-79

# EXHIBIT 6



# Our Company

**OUR COMPANY INDEX**

- Advertising
- Awards & Recognition
- Company Web Sites
- Diversidad
- Diversity
- Family of Companies
- Fast Facts
- History
- Olympics Sponsorship
- Our Credo
- Our Credo History
- Patient Assistance
- Policies
- Timeline
- View Our Videos

Our Company

## Family of Companies

You may explore our Family of Companies by selecting a company name fr below on the left. If you wish to see a geographic listing of our companies, view the list of companies outside the U.S. by country (below, right) or you U.S. locations by state (below, far right).

**Select a company by name:** - or - **View comp geography:**

Cordis Corporation Go Select a Cou

Select a U.S

**Cordis Corporation**

Cordis Corporation is the world's leading developer and manufacturer of int cardiology, radiology and electrophysiology products for circulatory disease management. Cordis Corporation comprises four divisions - Cordis Cardiolo Endovascular, Cordis Neurovascular and Biosense Webster.

www.cordis.com
www.cordis-europe.com
www.cypherusa.com

| Company | Location | URL |
|---|---|---|
| Biosense Webster, Inc. | Diamond Bar, California | www.biosense |
| Cordis Benelux | Amersfoort, Netherlands | |
| Cordis Corporation | Miami, Florida | www.cordis.co |
| Cordis Corporation - Cardiology | Miami, Florida | |
| Cordis Corporation - Endovascular | Warren, New Jersey | |
| Cordis Corporation - Neurovascular | Miami, Florida | |

| | |
|---|---|
| Cordis de Mexico, S.A. de C.V. | Chihuahua, Mexico |
| Cordis Europa N.V. | Roden, Netherlands |
| Cordis G.m.b.H. | Haan, Germany |
| Cordis N.V. | Zaventem, Belgium |
| Cordis S.A. | Issy-Les-Moulineaux, France |
| Cordis S.p.A. | Milan, Italy |
| Cordis U.K. Limited | Berkshire, United Kingdom |

TOP OF PAGE

Printer-friendly Version

This site is governed solely by applicable U.S. laws and governmental regulations. Please see our Privacy Policy. Use of this site co consent to application of such laws and regulations and to our Privacy Policy. Your use of the information on this site is subject to t our Legal Notice. You should view the News section and the most recent SEC Filings in the Investor Relations section in order to r most current information made available by Johnson & Johnson. To Contact Us or search this site, please see the links at the top o All contents © Copyright Johnson & Johnson 1997-2007. All Rights Reserved.

Last Updated: September 26, 2005