IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH,<br><br>        Plaintiff,<br><br>v.<br><br>CORDIS CORPORATION,<br><br>        Defendants. | Civil Action No. 06-663 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that the time for defendant to file its reply brief in support of its Motion to Dismiss or Stay (D.I. 8), is extended from February 20, 2007 to February 23, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld (I.D. #1014)* | */s/ Richard L. Renck (I.D. #3893)* |
| _____ | _____ |
| Jack B. Blumenfeld (I.D. #1014) | Lawrence C. Ashby (I.D. #468) |
| Rodger D. Smith (I.D. #3778) | Steven J. Balick (I.D. #2114) |
| Richard J. Bauer (I.D. #4828) | Richard L. Renck (I.D. #3893) |
| 1201 N. Market Street | 500 Delaware Avenue, 8th Floor |
| P.O. Box 1347 | P. O. Box 1150 |
| Wilmington, DE  19899 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
|  |  |
| - and – | - and - |
|  |  |
| WILMER CUTLER PICKERING HALE    And DORR LLP | Gregory L. Diskant |
|  | Michael J. Timmons |
| William F. Lee | Irena Royzman |
| 60 State Street | PATTERSON, BELKNAP, WEBB |
| Boston, MA  02109 | & TYLER LLP |
|  | 1133 Avenue of the Americas |
| WILMER CUTLER PICKERING HALE    And DORR LLP | New York, New York 10036 |
|  | 212-336-2000 |
| Thomas F. Connell |  |
| William G. McElwain | *Counsel for Defendant* |
| Amy Kreiger Wigmore |  |
| Tracey C. Allen |  |
| 1875 Pennsylvania Avenue, NW |  |
| Washington  DC  20006 |  |
|  |  |
| *Counsel for Plaintiff* |  |

Date:   February 13, 2007

SO ORDERED this ____ day of February, 2007.

_____

Chief Judge Sue L. Robinson

177744.1