IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| WYETH, a Delaware corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | C.A. No. 06-663-SLR |
| | ) | |
| CORDIS CORPORATION, a Florida corporation, | ) | |
| | ) | |
| Defendant. | ) | |
_____)

**PLAINTIFF'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO
DEFENDANT CORDIS CORPORATION'S "MOTION TO DISMISS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1) OR, IN THE
ALTERNATIVE, TO DISMISS OR STAY THIS ACTION PENDING RESOLUTION OF
THE CO-PENDING ACTION IN THE DELAWARE COURT OF CHANCERY"**

On February 12, 2007, plaintiff Wyeth filed its answering brief in opposition to

Cordis's motion to dismiss (D.I. 24).  After Wyeth filed that brief, it located the attached Annual

Reports filed by Cordis with the Florida Secretary of State for each year from 2002 to 2006 (Exs.

A-E).  Each of those reports was signed by a Cordis Vice President and each certified (in an

affirmation made "with the same legal effect as if made under oath") that Cordis's "Principal

Place of Business" was Miami Lakes, Florida. These documents confirm that Cordis's principal

place of business is in Florida and, accordingly, that there is diversity jurisdiction.

Before it filed its Opposition, Wyeth sought from Cordis (on December 5, 2006):

"All documents prepared by or on behalf of Cordis since 2000 describing the location of

Cordis's principal place of business as Florida."  (Wyeth Doc. Req. 4).  In response, on January

4, 2007, Cordis agreed to produce non-privileged, responsive documents.  Cordis did not,

however, produce to Wyeth the Annual Reports attached as Exhibits A-E.  Because Wyeth just

located these documents, after the filing of its answering brief, it submits them for consideration

by the Court.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP


*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
*Attorneys for Plaintiff Wyeth*

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
          HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
          HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

February 20, 2007

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on February 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Renck
> Ashby & Geddes
> rrenck@ashby-geddes.com

I also certify that copies were caused to be served on February 20, 2007 upon the following in the manner indicated:

<table>
<tr><td><u>BY HAND</u></td><td><u>BY EMAIL</u></td></tr>
<tr><td>Lawrence C. Ashby<br>Steven J. Balick<br>Richard L. Renck<br>ASHBY & GEDDES<br>222 Delaware Ave.<br>P.O. Box 1150<br>Wilmington, DE  19899</td><td>Gregory L. Diskant<br><em>gldiskant@pbwt.com</em><br>Michael J. Timmons<br><em>mjtimmons@pbwt.com</em><br>Irena Royzman<br><em>iroyzman@pbwt.com</em><br>Patrick S. Almonrode<br><em>palmonrode@pbwt.com</em><br>Rosa E. Son<br><em>reson@pbwt.com</em><br>PATTERSON, BELKNAP, WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY  10036</td></tr>
</table>

<em>/s/ Jack B. Blumenfeld</em>
Jack B. Blumenfeld (#1014)

EXHIBIT A



# 2006 FOR PROFIT CORPORATION
## ANNUAL REPORT

## FILED
## Mar 13, 2006  08:00 A
## Secretary of State

DOCUMENT # 223417

1. Entity Name
CORDIS CORPORATION

| Principal Place of Business | Mailing Address |
|---|---|
| 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES, FL 33014 | 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES, FL 33014 |



01192006    No Chg-P    CR2E034 (11/05)

## DO NOT WRITE IN THIS SPACE

4. FEI Number
59-0870525

| | Applied Fo |
| | Not Applic |

5. Certificate of Status Desired ☒    $8.75 Additional
Fee Required

6. Name and Address of Current Registered Agent

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

## DO NOT WRITE
## IN THIS SPACE

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and acc
the obligations of registered agent.

SIGNATURE:

Signature, typed or printed name of registered agent and title if applicable    (NOTE: Registered Agent signature required when reinstating)    DATE

FILE NOW!!! FEE IS $150.00
After May 1, 2006 Fee will be $550.00

9. Election Campaign Financing
Trust Fund Contribution.  ☐    $5.00 May Be
Added to Fees

0000004R5451
03/23/06-80008-025 158.75

10.    OFFICERS AND DIRECTORS

| TITLE | VP |
|---|---|
| NAME | PRATI, J L |
| STREET ADDRESS | 14201 NW 60TH AVE |
| CITY-ST-ZIP | MIAMI, FL 33014 |

| TITLE | DM |
|---|---|
| NAME | LEBEAU, G J |
| STREET ADDRESS | 14201 NW 60TH AVE. |
| CITY-ST-ZIP | MIAMI LAKES, FL 33014 |

| TITLE | AT |
|---|---|
| NAME | REICHERT, FREDERICK |
| STREET ADDRESS | ONE JOHNSON & JOHNSON |
| CITY-ST-ZIP | NEW BRUNSWICK, NJ |

| TITLE | DVPS |
|---|---|
| NAME | ROTH, E |
| STREET ADDRESS | JOHNSON & JOHNSON, 1 JOHNSON & JOHNSON PL |
| CITY-ST-ZIP | NEW BRUNSWICK, NJ 08933 |

| TITLE | |
|---|---|
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |

| TITLE | |
|---|---|
| NAME | |
| STREET ADDRESS | |
| CITY-ST-ZIP | |

## DO NOT WRITE
## IN THIS SPACE

12. I hereby certify that the information supplied with this filing does not qualify for the exemptions contained in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or direct of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Joseph L. Prati_    JOSEPH L. PRATI    2/5/06    786-313-890
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

EXHIBIT B

# 2005 FOR PROFIT CORPORATION
## ANNUAL REPORT (AR)

**FILED**
**Feb 03, 2005  08:00 A**
**Secretary of State**

DOCUMENT # 223417

1. Entity Name

CORDIS CORPORATION

| Principal Place of Business | Mailing Address |
|---|---|
| 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES FL 33014 | 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES FL 33014 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

1st MOORE      CR2E034  (10/04)

4. FEI Number  59-0870525  | Applied For | Not Applicab

5. Certificate of Status Desired  ☒  $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| CT CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION FL 33324 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City  FL  Zip Code |

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accep the obligations of registered agent.

SIGNATURE: _____ Signature, typed or printed name of registered agent and title if applicable   (NOTE: Registered Agent signature required when reinstating)   DATE

**FILE NOW!!! FEE IS $150.00**
After May 1, 2005 Fee Will Be $550.00
Make Check Payable to Florida Department of State

9. Election Campaign Financing  $5.00 May B
Trust Fund Contribution.  ☐  Added to Fees

| 10. | OFFICERS AND DIRECTORS | | 11. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | | |
|---|---|---|---|---|---|---|
| TITLE | VP | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | PRATI, J L | | NAME | | | |
| STREET ADDRESS | 14201 NW 60TH AVE | | STREET ADDRESS | | | |
| CITY-ST-ZIP | MIAMI FL 33014 | | CITY-ST-ZIP | | | |
| TITLE | DM | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | LEBEAU, G J | | NAME | U00000213684 | | |
| STREET ADDRESS | 14201 NW 60TH AVE. | | STREET ADDRESS | 02/03/05-80078-015 158.75 | | |
| CITY-ST-ZIP | MIAMI LAKES FL 33014 | | CITY-ST-ZIP | | | |
| TITLE | AT | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | REICHERT, FREDERICK | | NAME | | | |
| STREET ADDRESS | ONE JOHNSON & JOHNSON | | STREET ADDRESS | | | |
| CITY-ST-ZIP | NEW BRUNSWICK NJ | | CITY-ST-ZIP | | | |
| TITLE | DVPS | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | ROTH, E | | NAME | | | |
| STREET ADDRESS | JOHNSON & JOHNSON, 1 JOHNSON & JOHNSON PL | | STREET ADDRESS | | | |
| CITY-ST-ZIP | NEW BRUNSWICK NJ 08933 | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change | ☐ Additio |
| NAME | | | NAME | | | |
| STREET ADDRESS | | | STREET ADDRESS | | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | | |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes, and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _Joseph L. Prati_  JOSEPH L. PRATI  1/28/05  786-313-8900
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    Date    Daytime Phone #

EXHIBIT C

## 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**May 03, 2004 8:00 am**
**Secretary of State**
05-03-2004 90753 047 ***150.00



**DOCUMENT # 223417**

**1. Entity Name**
CORDIS CORPORATION

| Principal Place of Business | Mailing Address |
|---|---|
| 14201 NW 60TH AVE P.O. BOX 025700 MIAMI LAKES, FL 33014 | 14201 NW 60TH AVE P.O. BOX 025700 MIAMI LAKES, FL 33014 |

.04202004    Chg-P    CR2E034 (10/03)

**2. Principal Place of Business**

**3. Mailing Address**

| Suite, Apt. #, etc. | Suite, Apt. #, etc. | **4. FEI Number** 59-0870525 | Applied For Not Applicable |
|---|---|---|---|
| City & State | City & State | **5. Certificate of Status Desired** | **$8.75** Additional Fee Required |
| Zip | Country | Zip | Country | |

**6. Name and Address of Current Registered Agent**

**7. Name and Address of New Registered Agent**

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name

Street Address (P.O. Box Number is Not Acceptable)

City                                                          FL    Zip Code

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE

| **FILE NOW!!! FEE IS $150.00** After May 1, 2004 Fee will be $550.00 | **9.** Election Campaign Financing Trust Fund Contribution. ☐ | **$5.00** May Be Added to Fees |
|---|---|---|

| **10.** | OFFICERS AND DIRECTORS | | **11.** | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 | |
|---|---|---|---|---|---|
| TITLE | VP | ☒ Delete | TITLE | VP | ☐ Change ☒ Addition |
| NAME | FOWLER, THOMAS | | NAME | PRATI, J L | |
| STREET ADDRESS | 14201 NW 60TH AVE | | STREET ADDRESS | 14201 N W 60th AVE. | |
| CITY-ST-ZIP | MIAMI, FL 33014 | | CITY-ST-ZIP | MIAMI LAKES, FL 33014 | |
| TITLE | DCM | ☒ Delete | TITLE | DM | ☐ Change ☒ Addition |
| NAME | CROCE, R.W. | | NAME | LEBEAU G J | |
| STREET ADDRESS | ONE JOHNSON & JOHNSON | | STREET ADDRESS | 14201 N W 60th AVE. | |
| CITY-ST-ZIP | NEW BRUNSWICK, NJ | | CITY-ST-ZIP | MIAMI LAKES, FL 33014 | |
| TITLE | AT | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | REICHERT, FREDERICK | | NAME | | |
| STREET ADDRESS | ONE JOHNSON & JOHNSON | | STREET ADDRESS | | |
| CITY-ST-ZIP | NEW BRUNSWICK, NJ | | CITY-ST-ZIP | | |
| TITLE | DVPS | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | ROTH, L. | | NAME | | |
| STREET ADDRESS | JOHNSON & JOHNSON, 1 JOHNSON & JOHNSON PL | | STREET ADDRESS | | |
| CITY-ST-ZIP | NEW BRUNSWICK, NJ 08933 | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |
| TITLE | | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | | | NAME | | |
| STREET ADDRESS | | | STREET ADDRESS | | |
| CITY-ST-ZIP | | | CITY-ST-ZIP | | |

**12.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Joseph L. Prati_, VP                    4/26/04              186-313-8900
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR              Date              Daytime Phone #

EXHIBIT D

**FILED**
**Mar 21, 2003 8:00 am**
**Secretary of State**
03-21-2003 90076 012 ***158.75

## 2003 FOR PROFIT CORPORATION
## UNIFORM BUSINESS REPORT (UBR)

**DOCUMENT # 223417**

1. Entity Name
**CORDIS CORPORATION**

| Principal Place of Business | Mailing Address |
|---|---|
| 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES, FL 33014 | 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES, FL 33014 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

☐ CHECK HERE IF MAKING CHANGES

4. FEI Number **59-0870525** | Applied For / Not Applicable
5. Certificate of Status Desired **$8.75** Additional Fee Required

6. Name and Address of Current Registered Agent

CT CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

7. Name and Address of New Registered Agent

Name
Street Address (P.O. Box Number is Not Acceptable)
City _____ FL _____ Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE: _____ (NOTE: Registered Agent Signature is required when reinstating) DATE

FILE NOW!! FEE IS $150.00
After May 1, 2003 Fee Will be $550.00
Make Check Payable to Florida Department of State

9. Election Campaign Financing **$5.00** May Be
Trust Fund Contribution.              Added to Fees

| 10. OFFICERS AND DIRECTORS | 11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|
| TITLE: VP<br>NAME: FOWLER, THOMAS<br>STREET ADDRESS: 14201 NW 60TH AVE<br>CITY-ST-ZIP: MIAMI, FL 33014 ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |
| TITLE: D<br>NAME: HILTON, JAMES<br>STREET ADDRESS: ONE JOHNSON&JOHNSON PLAZA<br>CITY-ST-ZIP: NEW BRUNSWICK, NJ 08933 ☑ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |
| TITLE: DCM<br>NAME: CROCE, R.W.<br>STREET ADDRESS: ONE JOHNSON & JOHNSON<br>CITY-ST-ZIP: NEW BRUNSWICK, NJ ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |
| TITLE: AT<br>NAME: REICHERT, FREDERICK<br>STREET ADDRESS: ONE JOHNSON & JOHNSON<br>CITY-ST-ZIP: NEW BRUNSWICK, NJ ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |
| TITLE: AT<br>NAME: PRATI, JOSEPH<br>STREET ADDRESS: ONE JOHNSON & JOHNSON<br>CITY-ST-ZIP: NEW BRUNSWICK, NJ ☑ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |
| TITLE: DVPS<br>NAME: ROTH, E<br>STREET ADDRESS: JOHNSON & JOHNSON, 1 JOHNSON & JOHNSON PL<br>CITY-ST-ZIP: NEW BRUNSWICK, NJ 08933 ☐ Delete | TITLE:<br>NAME:<br>STREET ADDRESS:<br>CITY-ST-ZIP: ☐ Change ☐ Addition |

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: *Thomas L Fowler*  VP-CFO  3/14/03  786-313-2000

*Thomas L. Fowler*

CRSE804 (10/02)

EXHIBIT E

# 2002 UNIFORM BUSINESS REPORT (UBR)

**FILED**
**Feb 25, 2002 8:00 am**
**Secretary of State**
02-25-2002 90027 010 ***158.75

## DOCUMENT # 223417

**1. Entity Name**

CORDIS CORPORATION

| Principal Place of Business | Mailing Address |
|---|---|
| 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES FL 33014 | 14201 NW 60TH AVE<br>P.O. BOX 025700<br>MIAMI LAKES FL 33014 |

| 2. Principal Place of Business | 3. Mailing Address |
|---|---|
| Suite, Apt. #, etc. | Suite, Apt. #, etc. |
| City & State | City & State |
| Zip | Country | Zip | Country |

DO NOT WRITE IN THIS SPACE

**4. FEI Number** 59-0870525 | Applied For / Not Applicable

**5. Certificate of Status Desired** ☒ $8.75 Additional Fee Required

| 6. Name and Address of Current Registered Agent | 7. Name and Address of New Registered Agent |
|---|---|
| CT CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION FL 33324 | Name<br>Street Address (P.O. Box Number is Not Acceptable)<br>City FL Zip Code |

**8.** The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

**9.** This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

**FILE NOW!!! FEE IS $150.00**
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

**10.** Election Campaign Financing Trust Fund Contribution. ☐ $5.00 May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | 12. | ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11 |
|---|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | VP<br>FOWLER, THOMAS<br>14201 NW 60TH AVE<br>MIAMI FL 33014 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | D<br>HILTON, JAMES<br>ONE JOHNSON&JOHNSON PLAZA<br>NEW BRUNSWICK NJ 08933 | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | AS<br>☒ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DVP<br>ORBAN, JOSEPH<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK NJ | ☒ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DCM<br>CROCE, R.W.<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK, NJ<br>☐ Change ☒ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | AT<br>REICHERT, FREDERICK<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK NJ | ☐ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | AT<br>PRATI, JOSEPH<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK NJ | ☒ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | ☐ Change ☐ Addition |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DVPS<br>GALLOWAY, PETER S<br>JOHNSON & JOHNSON, 1 JOHNSON & JOHNSON PL<br>NEW BRUNSWICK NJ 08933 | ☒ Delete | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DVPS<br>ROTH, E<br>ONE JOHNSON & JOHNSON<br>NEW BRUNSWICK, NJ<br>☐ Change ☒ Addition |

**13.** I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

**SIGNATURE:** _Thomas L. Fowler_ Thomas L. Fowler 2/11/02 305-824-2000