IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| WYETH, a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | C.A. No. 06-663-SLR |
| CORDIS CORPORATION, a Florida corporation, | ) ) ) ) | **REDACTED PUBLIC VERSION** |
| Defendant. | ) ) | |

**APPENDIX (VOLUME II - CORDIS AGREEMENTS) TO
PLAINTIFF WYETH'S ANSWERING BRIEF IN OPPOSITION
TO DEFENDANT CORDIS CORPORATION'S "MOTION TO DISMISS PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) OR, IN THE ALTERNATIVE,
TO DISMISS OR STAY THIS ACTION PENDING RESOLUTION OF THE
<u>CO-PENDING ACTION IN THE DELAWARE COURT OF CHANCERY</u>"**

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
     HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

Original Filing Date: February 12, 2007
Redacted Filing Date: February 20, 2007

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Richard J. Bauer (#4828)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
*Attorneys for Plaintiff Wyeth*

## VOLUME II TABLE OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 21 | ██████████████████████████████ |
| 22 | ██████████████████████████████ |
| 23 | ██████████████████████████████ |
| 24 | ██████████████████████████████ |
| 25 | ██████████████████████████████ |
| 26 | ██████████████████████████████ |
| 27 | ██████████████████████████████ |
| 28 | ██████████████████████████████ |

# Exhibits 21-28

# Fully Redacted

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Renck
> Ashby & Geddes
> rrenck@ashby-geddes.com

I also certify that copies were caused to be served on February 20, 2007 upon the following in the manner indicated:

**BY HAND**

Lawrence C. Ashby
Steven J. Balick
Richard L. Renck
ASHBY & GEDDES
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899

**BY EMAIL**

Gregory L. Diskant
*gldiskant@pbwt.com*
Michael J. Timmons
*mjtimmons@pbwt.com*
Irena Royzman
*iroyzman@pbwt.com*
Patrick S. Almonrode
*palmonrode@pbwt.com*
Rosa E. Son
*reson@pbwt.com*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

*/s/ Richard J. Bauer (#4828)*
Richard J. Bauer (#4828)