IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____ )
                                                          )
WYETH, a Delaware corporation,                )
                                                          )
                        Plaintiff,                        )
                                                          )
            vs.                                            )        C.A. No. 06-663-SLR
                                                          )
CORDIS CORPORATION, a Florida            )        **REDACTED**
corporation,                                           )        **PUBLIC VERSION**
                                                          )
                        Defendant.                     )
_____ )

## APPENDIX (VOLUME III – DEPOSITION TRANSCRIPTS) TO PLAINTIFF WYETH'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANT CORDIS CORPORATION'S "MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) OR, IN THE ALTERNATIVE, TO DISMISS OR STAY THIS ACTION PENDING RESOLUTION OF THE CO-PENDING ACTION IN THE DELAWARE COURT OF CHANCERY"

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Of Counsel:                                     Richard J. Bauer (#4828)
                                                    Morris, Nichols, Arsht & Tunnell LLP
William F. Lee                                 1201 N. Market Street
WILMER CUTLER PICKERING        P.O. Box 1347
        HALE AND DORR LLP            Wilmington, DE  19801
60 State Street                                 (302) 658-9200
Boston, MA  02109                          *Attorneys for Plaintiff Wyeth*
(617) 526-6000

Thomas F. Connell
William G. McElwain
Amy Kreiger Wigmore
Tracey C. Allen
WILMER CUTLER PICKERING
        HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 663-6000

Original Filing Date: February 12, 2007
Redacted Filing Date: February 20, 2007

VOLUME III TABLE OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 29 | ███████████████████████████ |
| 30 | ███████████████████████████ |
| 31 | ███████████████████████████ |

# Exhibits 29 – 31

# Fully Redacted

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Richard L. Renck
Ashby & Geddes
rrenck@ashby-geddes.com

I also certify that copies were caused to be served on February 20, 2007 upon the following in the manner indicated:

**BY HAND**

Lawrence C. Ashby
Steven J. Balick
Richard L. Renck
ASHBY & GEDDES
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE  19899

**BY EMAIL**

Gregory L. Diskant
*gldiskant@pbwt.com*
Michael J. Timmons
*mjtimmons@pbwt.com*
Irena Royzman
*iroyzman@pbwt.com*
Patrick S. Almonrode
*palmonrode@pbwt.com*
Rosa E. Son
*reson@pbwt.com*
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

*/s/ Richard J. Bauer (#4828)*
Richard J. Bauer (#4828)