# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

February 26, 2007

Jack B. Blumenfeld, Esquire            VIA HAND DELIVERY
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Re: Wyeth v. Cordis Corporation
C.A. No. 06-663-SLR

Dear Jack:

After filing our reply brief on Friday evening, we noticed that certain changes to the Table of Contents and Table of Authorities were not preserved in the version that was filed and served on Friday. I have enclosed correct versions of the Table of Contents and Table of Authorities that you may insert in your copies. I apologize for the substitution. As always, please feel free to call if you have any questions.

Very truly yours,

/s/ Richard L. Renck

Richard L. Renck

RLR/dmf
Enclosure

cc: Clerk, U.S. District Court (via e-filing)
    William F. Lee, Esquire (via electronic mail; w/enc.)
    Thomas F. Connell, Esquire (via electronic mail; w/enc.)