# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 26, 2007

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

*VIA ELECTRONIC FILING
and HAND DELIVERY*

Re:   *Wyeth v. Cordis Corporation*
      C.A. No. 06-663-SLR

Dear Chief Judge Robinson:

     Briefing has been completed on Cordis's motion to dismiss or stay this action. Pursuant to D. Del. LR 7.1.4, Wyeth requests oral argument on that motion.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (I.D. No. 1014)

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
        Richard Renck, Esquire (Via Hand Delivery)
        Gregory L. Diskant, Esquire (Via Electronic Mail)
        Thomas F. Connell, Esquire (Via Electronic Mail)