IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-663 (SLR) |
| | ) | |
| CORDIS CORPORATION, | ) | |
| | ) | |
| Defendant. | | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated by the parties that this action is dismissed with prejudice, with each party to bear its own costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Richard L. Renck* |
| Jack B. Blumenfeld (#1014) | Lawrence C. Ashby (#468) |
| Rodger D. Smith II (#3778) | Steven J. Balick (#2114) |
| Richard J. Bauer (#4828) | Richard L. Renck (#3893) |
| 1201 N. Market Street | 222 Delaware Avenue, 17th Floor |
| P.O. Box 1347 | P.O. Box 1150 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 654-1888 |
| jblumenfeld@mnat.com | rrenck@ashby-geddes.com |
| *Attorneys for Plaintiff Wyeth* | *Attorneys for Defendant Cordis Corporation* |

SO ORDERED this _____ day of December, 2007.

_____
United States District Court Judge

1330448